IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| AML IP, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>BLOCK, INC.<br><br>      Defendant | Civil Action No. 6:22-cv-1263-ADA-DTG |

**PLAINTIFF'S NOTICE OF VOLUNTARY OF DISMISSAL**

Pursuant to Federal Rule 41 (a)(1)(A)(i), the Plaintiff, AML IP, LLC hereby files this notice of voluntary dismissal of this action for all of Plaintiff's claims.  The Plaintiff agrees that the dismissal of Plaintiff's claims shall be WITHOUT PREJUDICE as to the asserted patent and each party shall bear its own costs, expenses and attorneys' fees.

Respectfully submitted,

**Ramey LLP**

/s/ William P. Ramey, III
William P. Ramey, III
Texas State Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

*Attorneys for AML IP, LLC*

## **CERTIFICATE OF SERVICE**

      Pursuant to the Federal Rules of Civil Procedure and LR5, I hereby certify that all counsel of record who have appeared in this case are being served on this day of February 17, 2023, with a copy of the foregoing via email and ECF filing.

                                      */s/ William P. Ramey, III*
                                      William P. Ramey, III